COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Leslie Garza v. Lelia H. Rodgers

Appellate case number:    01-22-00563-CV

Trial court case number:   2020-01673

Trial court:               157th District Court of Harris County

Appellant, Leslie Garza, filed a "Motion for Extension of Time to File Appellant's Brief." In her motion, appellant requests a "two[-]month extension until March 30, 2023 to file" her brief.

An appellant must file her brief within thirty days after the completion of the appellate record, consisting of the clerk's record and the reporter's record. *See* TEX. R. APP. P. 38.6(a) (deadline for filing of appellant's brief is thirty days after completion of appellate record). Here, the clerk's record was filed on October 7, 2022. However, the reporter's record has not yet been filed. On August 30, 2022, the court reporter filed an "Information Sheet by Court Reporters" notifying the Court that there is a reporter's record in this case, but that appellant, Leslie Garza, had not requested that the reporter's record be prepared, nor paid or made arrangements to pay for the preparation of the reporter's record.

Also on August 30, 2022, the Clerk of this Court notified appellant that unless appellant submitted written evidence that a reporter's record was requested, and that appellant had paid or made arrangements to pay the fee for the preparation of the reporter's record by September 29, 2022, the Court may require appellant to file her brief and consider the appeal without a reporter's record. *See* TEX. R. APP. P. 37.3(c). In her motion for extension of time to file her brief, appellant states that she has "made arrangements to pay" for the preparation of the reporter's record.

However, as noted above, as of the date of appellant's motion, no reporter's record has been filed. Because the appellate record is not complete, the deadline for the filing of appellant's brief is not yet running. *See* TEX. R. APP. P. 38.6(a). We cannot grant an extension until a deadline is set.

Accordingly, appellant's motion for extension of time to file her appellant's brief is **denied**. Once a deadline has been set, appellant may file a new motion for an extension of

time for filing her brief.

It is so ORDERED.

Judge's signature: _____/s/ Amparo Guerra_____

☑ Acting individually   ☐ Acting for the Court

Date: _____February 7, 2023_____